# EXHIBIT A

Case 3:03-cv-02247-MRK    Document 58-2    Filed 07/08/05    Page 2 of 3

PAGE 1
| PATIENT NAME | | | VISIT NUMBER | DATE | MED RECORD NUMBER |
|---|---|---|---|---|---|
| LAST | FIRST | MIDDLE | | | |
| DESOUSA | CONNIE | | 30010358 | 01/23/02 | 1889752 |

## ORDERS

| Time | Order | MD/PA Signature | RN Init. | Time | Order | MD/PA Signature | RN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## HISTORY

Source of Hx: PATIENT    Hx unobtainable due to _____

CC: HA / visual acuity

HPI: 31 y/o ♀ c/o HA / ↓ visual acuity ⓇEye since 1/12/02. Seen by ophthalmologist. Head CT ⊖ 1/18. Supposed to see neurologist 1/29/02 for LP. Today noted ↓↓ visual acuity in Ⓡ eye so seen at Yale Eye Center. HA constant Ⓡ temporal.
∅CP Ⓡ nausea (pt states 2° to neuro)
∅SOB; nl gait

PMH: Fibroids, HTN

MEDS: HCTZ

Allergy/Immunizations: PCN, Compro, Tetanus

Soc Hx  Tobacco ☐ Yes ☐ No    ETOH ☐ Yes ☐ No    Other drugs _____
Resides ☐ home ☐ institution ☐ homeless    Assistance ☐ Family ☐ VNA ☐ aide ☐ none
Fam Hx _____

### Review of Systems

| | Neg. | Pos. (see HPI) |
|---|---|---|
| Constitutional | | ✓ |
| Eyes | | ✓ |
| ENT | — | |
| Neck | ✓ | |
| Chest | ✓ | |
| CV | ✓ | |
| Endoc | — | |
| GI | ✓ | |
| GU | ✓ | ✓ |
| Heme Lymph | — | |
| MS | — | |
| Skin | — | |
| Neuro | | ✓ |
| Psych | — | |
| All Imm. | — | |

☑ All other systems reviewed and negative

EXHIBIT
D x 2

## PHYSICAL EXAM

Time ____  T 98°  P 120  R 18  BP 140/108  O2 SAT 100%  Ht ___  Wt ___

Appearance: NAD, lying on stretcher.
Head: NC/AT
Eyes: Dilated (pt from eye clinic) — atypical disc per eye clinic [disc edge blurring]
ENT: Oropharynx clear
Neck: Supple
Resp: CTA Ⓑ
Chest/Breast: SS₂ RRR
Abd: Soft B⊕ Nontender
Rectal: ____
GU: ____
Skin: ∅ rash
M-S: FROM x4  ∅ CVA tenderness
Neuro: CN II–XII intact, 5/5 strength globally, ∅ sensory deficit, nl gait
Psych: ____
Lymph: ____

## Laboratory
13.5 | 147 | 20 | 134 | 99 | 11 / 100
42.2 | 3.3 | 30 | 0.9

CSF:
Tube 1: WBC 10, 30 cells/dL, 18 lymphs, 2 monos, RBC 0
Tube 2: Prot ⊕ → 50, gluc ⊕ → 65

## EKG

## Imaging
Head CT: nl ventricles, ∅ mass, ∅ bleed

Consultants/PMD Called: Neurology    Time ____    Time ____
Diff Dx: ____
Final Dx: Aseptic Meningitis
Admit Decision time/date: Neurology
Disposition: ____
Condition ☐ Improved  ☐ Unchanged  ☐ Deceased

Resident / PA Name: Keala Yamamoto, MD    Signature ____
Attending Name ____    Signature ____

YNHH 0025

# YALE-NEW HAVEN HOSPITAL

EMERGENCY SERVICE VISIT RECORD
PAGE 2

MEDICAL RECORD COPY

| PATIENT NAME | LAST: DESOUSA | FIRST: CONNIE | MIDDLE: | VISIT NUMBER: 30010358 | DATE: 01/23/02 | MED RECORD NUMBER: 1889752 |
|---|---|---|---|---|---|---|
| CHIEF COMPLAINT | REF FOR NEURO | | | | | |
| TRIAGE TO | ED WAITING ROOM | | | TRIAGE TIME: 06:50 PM | REG. TIME: 07:01 PM | |
| SS# | 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 | | | MODE OF ARRIVAL: CAR | | |
| DOB | 04/23/1970 | AGE: 31 | RACE: WH | SEX: F | RELIGION: EPISCOPAL | |
| ADDRESS | 14 TERRY CIRCLE | | | | GROTON, CT 06340 | |
| EMPLOYER | PLEASANT VALLEY SCHOOL | | | | Emp Status: FULL TIME | |
| PERMANENT PHONE | 860 449-1715 | | | | OTHER PHONE | |
| EMERGENCY CONTACT | SHISLER SHARON | | | | EMERGENCY PHONE: 843 797-2811 | |
| PCP | DAMPSEY | | | CONTACTED ☐ | PCP PHONE | |
| INSURANCE | TRICARE | | | POLICY #: 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 | AUTH # | |
| | SELF-PAY | | | | | |

**PROCEDURES**

Pt placed in (B) lateral decub position
landmarks found L4/5 → L5
area prepped c betadine. Locally anesthetized c 1% lidocaine
LP needle inserted opening pressure measured n/s.
CSF collected. Area cleaned. Dressed c band-aid.
[signature], MD    no complications

Resident / PA name    signature    Attending present    signature

**ATTENDING EVALUATION**

I have supervised _____ in the evaluation and treatment of this patient.
I have reviewed the history above for completeness and accuracy. Of note: 31 yr W♀ sent
in from ophtho clinic for neuro consult. Pt
had H/A & ↓ vision in R eye, was
I have confirmed that the above physical exam is complete and accurate. My own examination also revealed:
found to have bilat papilledema
awake, alert
afebrile    Heart: RRR
I have reviewed all available laboratory and imaging studies and interpret them as follows:
Chest: clear    Abd: soft
                Skin: no rash

Prior records reviewed ☐ Yes ☐ No    Critical care time _____ minutes
I have discussed my assessment and plan with _____ consultants including: _____
Assessment:
    CT Head ⊖
    LP.    (P)

Plan and disposition:

ED reevaluation or observation notes:

YNHH 0026

Signed out to Dr. [signature] at __:__    [signature]
                                          Attending signature    time

                                          Attending signature    time