# DR. LARRY BERSTEIN

was not how the case was presented to me

1          DR. LARRY BERSTEIN

2      I've been asked to look at in any fashion.

3      Q      I think you mentioned sort of

4      offhandedly that you had done some work

1                    DR. LARRY BERSTEIN

2        Q     You mentioned they sent you two to

3

DR. LARRY BERSTEIN

1    development of the problem within 12 hours
2    thereafter and ongoing.  So it was the
3    combination of both factors and not just
4    one or the other.  I think taken hand in
5    hand, the fact that this developed only
6    after and apparently in connection with
7    the injection of the Lupron
8    3.75 milligrams combined with this being
9    absent any other reasonable medical
10   explanation, it's the two taken together
11   that lead me to that conclusion.
12   Q    After you had spoken to Mr. Walsh
13   after reviewing the medical records, what
14   do you recall happening next as the case
15   went forward?
16   A    After the initial review?
17   Q    After the initial review and then I
18   think you said you spoke to Mr. Walsh?
19   A    I don't think much happened for a
20   while.  I don't think there was much
21   communication for a while.  Then there
22   came a time when Mr. Walsh asked me to
23   prepare a brief statement of what my
24   opinion would be and I did that.  And then

1       DR. LARRY BERSTEIN

2       there was also not much happening for a

3       period of time, until I think he notified

4       me that the case was evolving and I think

5       he wanted some other information.  I think

6       I mentioned that, like my fee schedule.  I

7       just thought there was some stuff that

8       came up as a matter of law that he needed

9       like my expert history and cases I had

10      been deposed, things like that.  And then

11      there was some scheduling back and forth

12      in connection with us finally meeting

13      today.  And along the way there were

14      additional records that were made

15      available to me that I reviewed, which I

16      think we just discussed how that helped

DR. LARRY BERSTEIN

A      Yeah.  Honestly, I'm really not
sure.  I said that because that's my
belief.  I don't remember, like, hanging
up the phone and him asking me, could you

1           DR. LARRY BERSTEIN

2     Q     Have you ever spoken to Ms. De

3     Souza?

4     A     No.

5     Q     Have you ever examined her?

6     A     No, I have not.

7     Q     Have you ever spoken to any of her

8     treating physicians?

9     A     No, I have not.

10    Q     I'm going to show you what I have

11    marked as Defendant's Exhibit 24.

12    (Handing.)

13          Can you tell me what this is,

14    Doctor?

DR. LARRY BERSTEIN

1

2      Q      That goes over to the second page?

3      A      Yes.

4      Q      I notice you have a teaching

DR. LARRY BERSTEIN

1

2     A    As I indicated, it's focused on both

3 nonsurgical and surgical teaching.  But I

4 have been -- they have utilized me in the

5 capacity of a surgical instructor --

6 sometimes when I would be there they

7 would -- I'm trying to say this humbly.

8 They found me to be of great value to help

9 them in the operating room as much as I

10 was helping them in the clinic.  Sometimes

11 they would ask me to go to the operating

12 room in the alternative of the clinic even

13 if I was supposed to be there.  It was a

14 normal course of conduct, but my

15 responsibilities and what I did were both

16 medical and surgical.

17     Q    Is your clinical professorship

18 focused in any particular area of

19 ophthalmology or is it sort of a general

20 ophthalmological professorship?

21     A    It's comprehensive.  I don't limit

22 it to any one component.

23     Q    The education of your CV, that is an

24 accurate recitation; is that right?

DR. LARRY BERSTEIN

neuro-ophthalmology, within the umbrella

of a major meeting, I would take courses

and updates that were specifically in that

DR. LARRY BERSTEIN

1

2  five-day course as an update in

3  comprehensive ophthalmology where, in

4  fact, one full day or half day would be

5  dedicated to neuro-ophthalmology, just as

6  there would be a day on cataract surgery

7  and glaucoma and pediatric ophthalmology.

8  So I'm not just -- I'm not embellishing in

9  any way, shape or form.  I'm trying to be

10  as complete as possible.  I can't quantify

11  it.  More often than not, there would be

12  sections like that.  You said you're from

13  Chicago.  I just took a course at

14  Michigan, University of Michigan and one

1          DR. LARRY BERSTEIN

2     Q     How would you characterize the

3     percentage of your time dedicated to

4     surgery?

5     A     Not to be funny, but as needed.

6     Q     Well, if you looked at your -- when

7     did you begin practice?

8     A     1982.

9     Q     So over the 22 plus years --

10    A     I understand now.  So by means of

1           DR. LARRY BERSTEIN

2      but I could be wrong.

3      Q    Do you know if that case is still

4      pending.

5      A    I don't know what the outcome was,