# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNIE DE SOUZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 303 CV 2247 (MRK) |
| | ) |
| TAP PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF DR. MICHAEL A. ROSENBERG

I, Michael A. Rosenberg, M.D., declare and state as follows:

1. I am a physician and have been board certified by the American Board of Ophthalmology. I have also completed a fellowship in the subspecialty of neuro-ophthalmology.

2. I am Associate Chairman and Associate Professor of the Department of Ophthalmology, Northwestern University Medical School, Chicago, Illinois. I am also Chief of the Neuro-ophthalmology Section in that Department.

3. For purposes of this declaration, I have reviewed the complaint in this case, the report of Larry P. Berstein, M.D., the report of Suzanne Parisian, M.D., the package insert for Lupron Depot 3.75 mg ("Lupron"), and the plaintiff's medical records, including records of Edward Watson, M.D., Lawrence & Memorial Hospital, Yale-New Haven Hospital, Yale School of Medicine Department of Ophthalmology, and the Naval Ambulatory Care Center.

4. Papilledema and pseudotumor cerebri are ophthalmologic conditions marked by increased intracranial pressure, which is diagnosed by analyzing a patient's opening pressure from a lumbar puncture.

5. It is undisputed that plaintiff's medical records indicate that she did *not* have increased intracranial pressure.

6. From the medical records I have reviewed, I can state to a reasonable degree of medical certainty that they do not permit a diagnosis of papilledema or pseudotumor cerebri.

7. I can also state to a reasonable degree of medical certainty that the ophthalmologic problems plaintiff experienced were not caused by the injection of Lupron she received on January 11, 2002.

8. There is no evidence in the medical, peer-reviewed literature indicating that the use of Lupron is associated with or can cause optic neuritis or any type of optic nerve pathology causing disk edema.

9. I have reviewed the package insert for Lupron, and am therefore aware of the ingredients of the drug. There is no evidence in the medical, peer-reviewed literature indicating that any of the ingredients of Lupron are associated with or can cause optic neuritis or any type of optic nerve pathology causing disk edema.

This declaration is executed under penalty of perjury, pursuant to 28 U.S.C. § 1746, on July 6, 2005 in Chicago, Illinois.

*Michael Rosenberg*
Michael A. Rosenberg, M.D.