UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CONNIE DE SOUZA,
    Plaintiff,               NO. 3:03CV2247 (MRK)

VS

TAP PHARMACEUTICALS, INC. ,
    Defendant              JULY 27, 2005

### PLAINTIFF'S OBJECTION DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF DR. LARRY BERSTEIN AND DR. SUZANNE PARISIAN

The plaintiff, Connie DeSouza, respectfully objects, to the defendant's, TAP Pharmaceuticals, Inc. ("TAP") Motion to Exclude the Testimony of Dr. Larry Berstein and Dr. Suzanne Parisian, dated July 8, 2005, for the reasons set forth in the attached Memorandum of Law

ORAL ARGUMENT REQUESTED

                                  Respectfully Submitted,
                                  CONNIE DE SOUZA

                                By: *[signature]*
                                Donald G. Walsh, Jr.
                                Federal Bar No. CT 02368
                                Donald G. Walsh, P.C.
                                205 Whitney Avenue
                                New Haven, CT  06511
                                Tel. (203)772-3230
                                Fax: (203) 772-157
                                    Email: dwalsh@wbwclegal.com