UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNIE DE SOUZA, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV2247 (MRK) |
| | : | |
| v. | : | |
| | : | |
| TAP PHARMACEUTICALS, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

For the reasons stated at an on-the-record hearing held on December 21, 2005, the Court DENIES Defendant's Motion in Limine [doc. #38] and DENIES Plaintiff's Motion in Limine [doc. #39]. Both motions are denied without consideration of the merits and without prejudice to renewal by filing a one-page motion to renew within two weeks after the Court rules on Defendant's pending summary judgment motion [doc. #37]. If counsel choose to renew the motion, they may incorporate by reference all prior filings and need not re-file any previously filed pleadings.

IT IS SO ORDERED,

/s/    Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut, on December 21, 2005.**