# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNIE DE SOUZA, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>TAP PHARMACEUTICALS, INC., )<br>    Defendant. ) | Case No.: 303 CV 2247 (MRK) |

## RENEWAL OF DEFENDANT'S MOTION TO EXCLUDE
## TESTIMONY OF DR. LARRY P. BERSTEIN AND DR. SUZANNE PARISIAN

Defendant TAP Pharmaceuticals, Inc., through its counsel and pursuant to the Court's direction at the December 21, 2005 summary judgment hearing, hereby renews its motion to exclude testimony of Dr. Larry P. Berstein and Dr. Suzanne Parisian, including the accompanying memorandum of law and exhibits.

Dated: January 12, 2006  Respectfully Submitted,

> By: /s/ Thomas J. Riley
> Thomas J. Riley
> Federal Bar No. CT05686
> Tobin, Carberry, O'Malley,
>   Riley & Selinger, P.C.
> 43 Broad Street, P.O. Box 58
> New London, CT 06320
> Tel: (860) 447-0335
> Fax: (860) 447-9143
> Email: tjriley@tcors.com

3330126

June K. Ghezzi
Federal Bar No. CT25650
Joseph P. Shereda
Federal Bar No. CT25651
JONES DAY
77 West Wacker Drive
Chicago, IL 60601
Tel: (312) 782-3939
Fax: (312) 782-8585
Email: jkghezzi@jonesday.com;
jpshereda@jonesday.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2006, a copy of the foregoing RENEWAL OF DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF DR. LARRY P. BERSTEIN AND DR. SUZANNE PARISIAN was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Thomas J. Riley
Thomas J. Riley